IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:13-CR-12-MTT |
| v. | : | |
| HYEON JOO CHAE a/k/a HUYN JOO CHOI | : | Filed at 1:48 P.M. 1/16 20 14 Deputy Clerk U.S. District Court Middle District of Georgia |

## CHANGE OF PLEA

I, HYEON JOO CHAE, having been advised of my constitutional rights, and having had the charges herein stated to me, hereby withdraw my plea of not guilty previously entered, in the above stated case, and now plead guilty to Counts One (1) and 38 (38) of the Superseding Indictment in open Court this __16__ day of __January__ 2014. I also acknowledge the fact that the Court is required to consider any applicable sentencing guidelines when imposing sentence in this case.

This plea is entered pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the Court at such time as the Court has considered a pre-sentence report.

_____
HYEON JOO CHAE
DEFENDANT

_____
FLOYD M. BUFORD, JR.
ATTORNEY FOR DEFENDANT

_____
VERDA M. COLVIN
ASSISTANT UNITED STATES ATTORNEY